PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>        v.<br><br>DARREN SEVER,<br><br>               Defendant. | CASE NO: 1:24-MJ-00104-SAB<br><br>STIPULATION BETWEEN THE UNITED STATES AND DEFENDANT REGARDING PRODUCTION OF PROTECTED INFORMATION; PROTECTIVE ORDER |

    WHEREAS, the discovery in this case contains private personal information regarding minors and other third parties, including but not limited to their names, ages, and/or physical descriptions ("Protected Information"); and

    WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

    The parties agree that entry of a stipulated protective order is therefore appropriate.

    THEREFORE, defendant DARREN SEVER, by and through his counsel of record, Griffin Estes ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Brittany M. Gunter, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, as well as its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents or other information that contain Protected Information with anyone other than Defense Counsel's attorneys, designated defense investigators, designated defense experts, and support staff. Defense Counsel may permit the defendant to view unredacted documents or other information in the presence of his attorneys, defense investigators, and/or support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents or other information, if any, from which Protected Information has first been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government"). Defense Counsel will return the discovery to the Government or alternatively keep it archived within its sole possession at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to return the discovery to the government, or, at the request of government counsel, to forward it to new

///

///

counsel after new counsel has confirmed to government counsel in writing his or her agreement to the terms of this Order.

IT IS SO STIPULATED.

Dated: September 11, 2024    By:    /s/ GRIFFIN ESTES
GRIFFIN ESTES
Attorney for Defendant
Darren Sever

Dated: September 11, 2024    PHILLIP A. TALBERT
United States Attorney

By:    /s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant U.S. Attorney

PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-MJ-00104-SAB |
|---|---|
| Plaintiff, | PROTECTIVE ORDER |
| v. | |
| DARREN SEVER, | |
| Defendant. | |

For good cause shown, the stipulation between counsel dated September 11, 2024, in Case No. 1:24-MJ-00104-SAB, regarding discovery and treatment of Protected Information is approved.

IT IS SO ORDERED.

DATED: _____

                                            HON. BARBARA A. MCAULIFFE
                                            UNITED STATES MAGISTRATE JUDGE